# SPARTAN  CAPITAL
## SECURITIES, LLC

January 31, 2017

US Bankruptcy Court
Eastern District of NY
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY  11722

**Re:**   Louis Ottimo Bankruptcy, Case # 18-16-75005

Dear Sir or Madam:

I write this letter very concerned regarding the above captioned bankruptcy filing.  The bankruptcy was filed on behalf of Mr. Louis Ottimo in or about October of 2016.  Louis Ottimo of Cold Spring Advisory Group has contacted me for payment of monies to an entity that I believe he controls, but which is not identified on his bankruptcy filing as an asset. That company is   Cold Spring I have been told that the token "owner" of that company is his wife.

Upon information and belief, it appears that Mr. Ottimo has executed the attached W9 for Cold Spring, which W9 was required before the company I work for would send funds. Mr. Ottimo has apparent authority to act on behalf of Cold Spring, he consistently is the individual from Cold Spring negotiating settlements and demanding funds from payees. I fear that these assets are being concealed.   I have been told that Mr. Ottimo has represented to others that   he made over $1,000,000.00 last year.

Please do not hesitate to contact me directly if you have any questions or require additional information.

Best Regards,

*[signature]*

Kim Monchik
Chief Administrative Officer